## 1169. MINTER & RADNEY v. BUSH.

POWELL, J.  1. Strictness of pleading is not required, in setting out the cause of action in a case instituted in a justice's court. · *G. S. & F. Ry. Co.* v. *Barfield,* 1 *Ga. App.* 203 (58 S. E. 236). ·

2. It is no objection to a verdict in a suit for injury to personalty that it is less than the lowest amount of damage proved by the plaintiff, and higher than the highest amount shown by the defendant's proof on that subject. *Town of Wrens* v. *Sammons,* 129 *Ga.* 755 (59 S. E. 776), and cit.; *Hawley Down Draft Furnace Co.* v. *Van Winkle Gin Works,* 4 *Ga. App.* 85 (60 S. E. 1008).

3. The trial was free from error. The evidence authorized the verdict.
            *Judgment affirmed.*

Complaint—appeal, from Miller superior court—Judge Worrill. February 25, 1908.

Submitted July 14,—Decided November 10, 1908.

*W. I. Geer,* for plaintiffs in error.   *R. W. Grow,* contra.